IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILLIAMS, | No. 4:19-CV-01436 |
| Plaintiff, | (Judge Brann) |
| v. | |
| J. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss, Docs. 17 and 20, are **GRANTED**;

2. The complaint, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be dismissed and closed without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge