IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILLIAMS, | No. 4:19-CV-01436 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| J. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

AUGUST 26, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 40, 41) are **GRANTED**.

2. Plaintiff's amended complaint (Doc. 39) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge